# United States District Court
## Southern District of Georgia

JOHN ALLEN LEWIS,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:15-cv-77

JACK WHISENANT, in his official capacity as Sheriff of Brantley County, Georgia,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court dated August 9, 2016, judgment of dismissal is hereby entered and this case stands dismissed.

Approved by: _____
Chief Judge Lisa Godbey Wood

Date: August 10, 2016

Scott L. Poff
Clerk

_____
(By) Deputy Clerk